1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DISH NETWORK L.L.C., | ) | No. 2:24-cv-01683 |
| Plaintiff, | ) | **EXHIBIT 1 TO PLAINTIFF'S COMPLAINT** |
| v. | ) | |
| VIRTUAL SYSTEMS, LLC and VYACHESLAV SMYRNOV, | ) | |
| Defendants. | ) | |

16

**WORKS SUBJECT TO REGISTRATION**

| Work | Date of First Publication | Channel | Registration Number | Effective Date of Registration |
|---|---|---|---|---|
| Aangan Aapno Kaa, Ep. 18 | December 30, 2023 | SAB | PA0002452164 | January 12, 2024 |
| Aangan Aapno Kaa, Ep. 43 | January 29, 2024 | SAB | PA0002458039 | February 2, 2024 |
| Aangan Aapno Kaa, Ep. 69 | February 28, 2024 | SAB | PA0002460329 | February 29, 2024 |
| Aangan Aapno Kaa, Ep. 95 | March 29, 2024 | SAB | PA0002467108 | April 4, 2024 |
| Ali Baba Dastaan E Kabul, Ep. 7 | August 29, 2022 | SAB | PA0002373613 | September 2, 2022 |
| Ali Baba Dastaan E | October 28, 2022 | SAB | PA0002388793 | November 29, 2022 |

26

Exhibit 1 to Plaintiff's Complaint

1

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, Washington 98101
(206) 287-1775

| | | | | |
|---|---|---|---|---|
| Kabul, Ep. 59 | | | | |
| Ali Baba Dastaan E Kabul, Ep. 85 | November 28, 2022 | SAB | PA0002389478 | December 6, 2022 |
| Ali Baba Dastaan E Kabul, Ep. 111 | December 28, 2022 | SAB | PA0002394869 | January 9, 2023 |
| Ali Baba Ek Andaaz Andekha, Ep. 185 | March 27, 2023 | SAB | PA0002411326 | March 28, 2023 |
| Ali Baba Ek Andaaz Andekha, Ep. 230 | May 29, 2023 | SAB | PA0002421487 | May 31, 2023 |
| Baalveer 3, Ep. 13 | April 29, 2023 | SAB | PA0002415647 | May 3, 2023 |
| Dharam Yoddha Garud, Ep. 13 | March 28, 2022 | SAB | PA0002350051 | March 29, 2022 |
| Dharam Yoddha Garud, Ep. 39 | April 27, 2022 | SAB | PA0002357041 | May 2, 2022 |
| Dharam Yoddha Garud, Ep. 64 | May 26, 2022 | SAB | PA0002361309 | June 1, 2022 |
| Dharam Yoddha Garud, Ep. 91 | June 27, 2022 | SAB | PA0002365385 | June 29, 2022 |
| Dharam Yoddha Garud, Ep. 145 | August 29, 2022 | SAB | PA0002373616 | September 2, 2022 |
| Dharam Yoddha Garud, Ep. 197 | October 28, 2022 | SAB | PA0002388777 | November 29, 2022 |
| Dharam Yoddha Garud, Ep. 223 | November 28, 2022 | SAB | PA0002389274 | December 6, 2022 |
| Dhruv Tara, Ep. 25 | March 27, 2023 | SAB | PA0002409092 | March 28, 2023 |
| Dhruv Tara, Ep. 54 | April 29, 2023 | SAB | PA0002416206 | May 3, 2023 |
| Dhruv Tara, Ep. 79 | May 29, 2023 | SAB | PA0002420330 | May 31, 2023 |
| Dhruv Tara, Ep. 103 | June 26, 2023 | SAB | PA0002426466 | June 29, 2023 |
| Dhruv Tara, Ep. 133 | July 31, 2023 | SAB | PA0002430266 | August 2, 2023 |
| Dhruv Tara, Ep. 159 | August 30, 2023 | SAB | PA0002436068 | September 5, 2023 |
| Dhruv Tara, Ep. 165 | September 6, 2023 | SAB | PA0002439053 | September 21, 2023 |
| Dhruv Tara, Ep. 167 | September 8, 2023 | SAB | PA0002437946 | September 21, 2023 |
| Dhruv Tara, Ep. 211 | October 30, 2023 | SAB | PA0002443591 | November 2, 2023 |
| Dhruv Tara, Ep. 236 | November 28, 2023 | SAB | PA0002448235 | November 30, 2023 |
| Dhruv Tara, Ep. 264 | December 30, 2023 | SAB | PA0002452737 | January 8, 2024 |
| Dhruv Tara, Ep. 289 | January 29, 2024 | SAB | PA0002458067 | February 2, 2024 |
| Dhruv Tara, Ep. 315 | February 28, 2024 | SAB | PA0002460331 | February 29, 2024 |
| Dhruv Tara, Ep. 341 | March 29, 2024 | SAB | PA0002467683 | April 4, 2024 |

| | | | | |
|---|---|---|---|---|
| Dil Diyaan Gallan, Ep. 15 | December 28, 2022 | SAB | PA0002395076 | January 9, 2023 |
| Dil Diyaan Gallan, Ep. 43 | January 30, 2023 | SAB | PA0002401201 | February 3, 2023 |
| Dil Diyaan Gallan, Ep. 91 | March 27, 2023 | SAB | PA0002409093 | March 28, 2023 |
| Dil Diyaan Gallan, Ep. 120 | April 29, 2023 | SAB | PA0002416207 | May 3, 2023 |
| Dil Diyaan Gallan, Ep. 145 | May 29, 2023 | SAB | PA0002420331 | May 31, 2023 |
| Dil Diyaan Gallan, Ep. 169 | June 26, 2023 | SAB | PA0002426597 | June 29, 2023 |
| Dil Diyaan Gallan, Ep. 199 | July 31, 2023 | SAB | PA0002430268 | August 2, 2023 |
| Dil Diyaan Gallan, Ep. 225 | August 30, 2023 | SAB | PA0002436070 | September 5, 2023 |
| Dil Diyaan Gallan, Ep. 231 | September 6, 2023 | SAB | PA0002440119 | September 21, 2023 |
| Good Night India-Raatwala Family Show, Ep. 21 | February 23, 2022 | SAB | PA0002344848 | February 24, 2022 |
| Good Night India-Raatwala Family Show, Ep. 49 | March 28, 2022 | SAB | PA0002350038 | March 29, 2022 |
| Good Night India-Raatwala Family Show, Ep. 75 | April 27, 2022 | SAB | PA0002357043 | May 2, 2022 |
| Good Night India-Raatwala Family Show, Ep. 100 | May 26, 2022 | SAB | PA0002360259 | June 1, 2022 |
| Hero-Gayab Mode On, Ep. 231 | October 25, 2021 | SAB | PA0002324878 | October 27, 2021 |
| Pashminna, Ep. 5 | October 30, 2023 | SAB | PA0002443544 | November 2, 2023 |
| Pashminna, Ep. 30 | November 28, 2023 | SAB | PA0002448168 | November 30, 2023 |
| Pashminna, Ep. 58 | December 30, 2023 | SAB | PA0002452333 | January 8, 2024 |
| Pashminna, Ep. 83 | January 29, 2024 | SAB | PA0002458074 | February 2, 2024 |
| Pashminna, Ep. 109 | February 28, 2024 | SAB | PA0002461439 | February 29, 2024 |
| Pushpa Impossible, | June 27, 2022 | SAB | PA0002364309 | June 29, 2022 |

| | | | | |
|---|---|---|---|---|
| Ep. 19 | | | | |
| Pushpa Impossible, Ep. 45 | July 27, 2022 | SAB | PA0002368227 | July 28, 2022 |
| Pushpa Impossible, Ep. 73 | August 29, 2022 | SAB | PA0002373619 | September 2, 2022 |
| Pushpa Impossible, Ep. 123 | October 28, 2022 | SAB | PA0002388792 | November 29, 2022 |
| Pushpa Impossible, Ep. 149 | November 28, 2022 | SAB | PA0002389281 | December 6, 2022 |
| Pushpa Impossible, Ep. 175 | December 28, 2022 | SAB | PA0002395074 | January 9, 2023 |
| Pushpa Impossible, Ep. 203 | January 30, 2023 | SAB | PA0002401206 | February 3, 2023 |
| Pushpa Impossible, Ep. 251 | March 27, 2023 | SAB | PA0002409099 | March 28, 2023 |
| Pushpa Impossible, Ep. 280 | April 29, 2023 | SAB | PA0002418961 | May 3, 2023 |
| Pushpa Impossible, Ep. 305 | May 29, 2023 | SAB | PA0002420334 | May 31, 2023 |
| Pushpa Impossible, Ep. 329 | June 26, 2023 | SAB | PA0002426605 | June 29, 2023 |
| Pushpa Impossible, Ep. 359 | July 31, 2023 | SAB | PA0002430275 | August 2, 2023 |
| Pushpa Impossible, Ep. 385 | August 30, 2023 | SAB | PA0002436137 | September 5, 2023 |
| Pushpa Impossible, Ep. 437 | October 30, 2023 | SAB | PA0002443545 | November 2, 2023 |
| Pushpa Impossible, Ep. 462 | November 28, 2023 | SAB | PA0002448254 | November 30, 2023 |
| Pushpa Impossible, Ep. 490 | December 30, 2023 | SAB | PA0002452337 | January 8, 2024 |
| Pushpa Impossible, Ep. 519 | January 29, 2024 | SAB | PA0002458072 | February 2, 2024 |
| Pushpa Impossible, Ep. 541 | February 28, 2024 | SAB | PA0002461440 | February 29, 2024 |
| Pushpa Impossible, Ep. 567 | March 29, 2024 | SAB | PA0002468763 | April 4, 2024 |
| Sab Satrangi, Ep. 15 | February 23, 2024 | SAB | PA0002345141 | February 24, 2024 |

| | | | | |
|---|---|---|---|---|
| Sab Satrangi, Ep. 43 | March 28, 2022 | SAB | PA0002350057 | March 29, 2022 |
| Sab Satrangi, Ep. 69 | April 27, 2022 | SAB | PA0002357053 | May 2, 2022 |
| Sab Satrangi, Ep. 94 | May 26, 2022 | SAB | PA0002360924 | June 1, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 34 | October 25, 2021 | SAB | PA0002324869 | October 27, 2021 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 64 | November 29, 2021 | SAB | PA0002330984 | November 30, 2021 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 80 | December 17, 2021 | SAB | PA0002336978 | January 3, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 111 | January 24, 2022 | SAB | PA0002340108 | January 26, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 137 | February 23, 2022 | SAB | PA0002345407 | February 24, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 165 | March 28, 2022 | SAB | PA0002350069 | March 29, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 191 | April 27, 2022 | SAB | PA0002357047 | May 2, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 216 | May 26, 2022 | SAB | PA0002360937 | June 1, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 243 | June 27, 2022 | SAB | PA0002364315 | June 29, 2022 |
| Shubh Labh-Aapkey Ghar Mein, Ep. 269 | July 27 2022 | SAB | PA0002368196 | July 28, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3285 | October 25, 2021 | SAB | PA0002324875 | October 27, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3315 | November 29, 2021 | SAB | PA0002330983 | November 30, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3331 | December 17, 2021 | SAB | PA0002337300 | January 3, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3363 | January 24, 2022 | SAB | PA0002340102 | January 26, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3389 | February 23, 2022 | SAB | PA0002345421 | February 24, 2022 |

| | | | | |
|---|---|---|---|---|
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3417 | March 28, 2022 | SAB | PA0002350030 | March 29, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3443 | April 27, 2022 | SAB | PA0002357040 | May 2, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3468 | May 26, 2022 | SAB | PA0002361258 | June 1, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3495 | June 27, 2022 | SAB | PA0002364316 | June 29, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3521 | July 27, 2022 | SAB | PA0002368185 | July 28, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3549 | August 29, 2022 | SAB | PA0002373620 | September 2, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3601 | October 28, 2022 | SAB | PA0002388790 | November 29, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3627 | November 28, 2022 | SAB | PA0002389282 | December 6, 2022 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3653 | December 28, 2022 | SAB | PA0002395073 | January 9, 2023 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3681 | January 30, 2023 | SAB | PA0002401207 | February 3, 2023 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. 3869 | September 6, 2023 | SAB | PA0002437945 | September 21, 2023 |
| Tera Yaar Hoon Main, Ep. 326 | November 29, 2021 | SAB | PA0002330982 | November 30, 2021 |
| Tera Yaar Hoon Main, Ep. 342 | December 17, 2021 | SAB | PA0002337301 | January 3, 2022 |
| Tera Yaar Hoon | January 24, 2022 | SAB | PA0002340101 | January 26, 2022 |

| | | | | |
|---|---|---|---|---|
| Main, Ep. 373 | | | | |
| Vanshaj, Ep. 13 | June 26, 2023 | SAB | PA0002426607 | June 29, 2023 |
| Vanshaj, Ep. 43 | July 31, 2023 | SAB | PA0002430277 | August 2, 2023 |
| Vanshaj, Ep. 69 | August 30, 2023 | SAB | PA0002436138 | September 5, 2023 |
| Vanshaj, Ep. 121 | October 30, 2023 | SAB | PA0002443546 | November 2, 2023 |
| Vanshaj, Ep. 146 | November 28, 2023 | SAB | PA0002448219 | November 30, 2023 |
| Vanshaj, Ep. 174 | December 30, 2023 | SAB | PA0002452295 | January 8, 2024 |
| Vanshaj, Ep. 199 | January 29, 2024 | SAB | PA0002458070 | February 2, 2024 |
| Vanshaj, Ep. 225 | February 28, 2024 | SAB | PA0002461260 | February 29, 2024 |
| Vanshaj, Ep. 251 | March 29, 2024 | SAB | PA0002467659 | April 4, 2024 |
| Wagle Ki Duniya, Ep. 178 | October 25, 2021 | SAB | PA0002324866 | October 27, 2021 |
| Wagle Ki Duniya, Ep. 208 | November 29, 2021 | SAB | PA0002330980 | November 30, 2021 |
| Wagle Ki Duniya, Ep. 224 | December 17, 2021 | SAB | PA0002336977 | January 3, 2022 |
| Wagle Ki Duniya, Ep. 256 | January 24, 2022 | SAB | PA0002340106 | January 26, 2022 |
| Wagle Ki Duniya, Ep. 388 | June 27, 2022 | SAB | PA0002364320 | June 29, 2022 |
| Wagle Ki Duniya, Ep. 414 | July 27, 2022 | SAB | PA0002368184 | July 28, 2022 |
| Wagle Ki Duniya, Ep. 442 | August 29, 2022 | SAB | PA0002373623 | September 2, 2022 |
| Wagle Ki Duniya, Ep. 492 | October 28, 2022 | SAB | PA0002388780 | November 29, 2022 |
| Wagle Ki Duniya, Ep. 518 | November 28, 2022 | SAB | PA0002389284 | December 6, 2022 |
| Wagle Ki Duniya, Ep. 544 | December 28, 2022 | SAB | PA0002394645 | January 9, 2023 |
| Wagle Ki Duniya, Ep. 572 | January 30, 2023 | SAB | PA0002401208 | February 2, 2023 |
| Wagle Ki Duniya, Ep. 620 | March 27, 2023 | SAB | PA0002409100 | March 28, 2023 |
| Wagle Ki Duniya, Ep. 649 | April 29, 2023 | SAB | PA0002416848 | May 4, 2023 |
| Wagle Ki Duniya, Ep. 674 | May 29, 2023 | SAB | PA0002420335 | May 31, 2023 |

| | | | | |
|---|---|---|---|---|
| Wagle Ki Duniya, Ep. 698 | June 26, 2023 | SAB | PA0002426467 | June 29, 2023 |
| Wagle Ki Duniya, Ep. 727 | July 31, 2023 | SAB | PA0002430278 | August 2, 2023 |
| Wagle Ki Duniya, Ep. 753 | August 30, 2023 | SAB | PA0002436140 | September 5, 2023 |
| Wagle Ki Duniya, Ep. 759 | September 6, 2023 | SAB | PA0002437944 | September 21, 2023 |
| Wagle Ki Duniya, Ep. 805 | October 30, 2023 | SAB | PA0002443547 | November 2, 2023 |
| Wagle Ki Duniya, Ep. 830 | November 28, 2023 | SAB | PA0002448282 | November 30, 2023 |
| Wagle Ki Duniya, Ep. 935 | March 29, 2024 | SAB | PA0002468765 | April 4, 2024 |
| Ziddi Dil Maane Na, Ep. 44 | October 25, 2021 | SAB | PA0002324858 | October 27, 2021 |
| Ziddi Dil Maane Na, Ep. 74 | November 29, 2021 | SAB | PA0002330430 | November 30, 2021 |
| Ziddi Dil Maane Na, Ep. 90 | December 17, 2021 | SAB | PA0002336975 | January 3, 2022 |
| Ziddi Dil Maane Na, Ep. 122 | January 24, 2022 | SAB | PA0002340107 | January 26, 2022 |
| Ziddi Dil Maane Na, Ep. 148 | February 23, 2022 | SAB | PA0002345761 | February 24, 2022 |
| Appnapan, Ep. 9 | June 27, 2022 | SAB | PA0002365357 | June 29, 2022 |
| Appnapan, Ep. 31 | July 27, 2022 | SAB | PA0002368295 | July 28, 2022 |
| Appnapan, Ep. 54 | August 29, 2022 | SAB | PA0002373614 | September 2, 2022 |
| Appnapan, Ep. 98 | October 28, 2022 | SAB | PA0002388796 | November 29, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 42 | October 26, 2021 | SET | PA0002324859 | October 27, 2021 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 66 | November 29, 2021 | SET | PA0002330901 | November 30, 2021 |
| Bade Ache Lagte Hain-Ye Dharti Ye | December 17, 2021 | SET | PA0002336980 | January 3, 2022 |

| | | | | |
|---|---|---|---|---|
| Nadiya Ye Raina Aur Tum-2, Ep. 80 | | | | |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 106 | January 24, 2022 | SET | PA0002340103 | January 26, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 128 | February 23, 2022 | SET | PA0002344971 | February 24, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 151 | March 28, 2022 | SET | PA0002350068 | March 29, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 173 | April 27, 2022 | SET | PA0002357044 | May 2, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 194 | May 26, 2022 | SET | PA0002361247 | June 1, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 216 | June 27, 2022 | SET | PA0002365365 | June 29, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 238 | July 27, 2022 | SET | PA0002368284 | July 28, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 261 | August 29, 2022 | SET | PA0002373615 | September 2, 2022 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 305 | October 28, 2022 | SET | PA0002388789 | November 29, 2022 |

| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 326 | November 28, 2022 | SET | PA0002389736 | December 6, 2022 |
|---|---|---|---|---|
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 348 | December 28, 2022 | SET | PA0002394870 | January 9, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 371 | January 30, 2023 | SET | PA0002401200 | February 3, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 411 | March 27, 2023 | SET | PA0002409091 | March 28, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-2, Ep. 435 | April 28, 2023 | SET | PA0002416210 | May 3, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-3, Ep. 3 | May 29, 2023 | SET | PA0002420333 | May 31, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-3, Ep. 23 | June 26, 2023 | SET | PA0002426465 | June 29, 2023 |
| Bade Ache Lagte Hain-Ye Dharti Ye Nadiya Ye Raina Aur Tum-3, Ep. 48 | July 31, 2023 | SET | PA0002430263 | August 2, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 16 | July 31, 2023 | SET | PA0002430264 | August 2, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 38 | August 30, 2023 | SET | PA0002436062 | September 5, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 81 | October 30, 2023 | SET | PA0002443599 | November 2, 2023 |

| | | | | |
|---|---|---|---|---|
| Barsatein-Mausam Pyar Ka, Ep. 102 | November 28, 2023 | SET | PA0002448204 | November 30, 2023 |
| Barsatein-Mausam Pyar Ka, Ep. 125 | December 29, 2023 | SET | PA0002452946 | January 8, 2024 |
| Barsatein-Mausam Pyar Ka, Ep. 146 | January 29, 2024 | SET | PA0002458076 | February 2, 2024 |
| Crime Patrol 2.0, Ep. 190 | November 28, 2022 | SET | PA0002393665 | January 13, 2023 |
| Crime Patrol 2.0, Ep. 212 | December 28, 2022 | SET | PA0002399846 | January 13, 2023 |
| Crime Patrol 48 Hours, Ep. 39 | August 30, 2023 | SET | PA0002436064 | September 5, 2023 |
| Crime Patrol 48 Hours, Ep. 44 | September 6, 2023 | SET | PA0002440134 | October 11, 2023 |
| Crime Patrol Satark, Ep. 530 | October 26, 2021 | SET | PA0002324860 | October 28, 2021 |
| Crime Patrol Satark, Ep. 554 | November 29, 2021 | SET | PA0002330902 | November 30, 2021 |
| Dabangi, Ep. 1 | October 30, 2023 | SET | PA0002443592 | November 2, 2023 |
| Dabangi, Ep. 22 | November 28, 2023 | SET | PA0002447516 | November 30, 2023 |
| Dabangi, Ep. 45 | December 29, 2023 | SET | PA0002452735 | January 8, 2024 |
| Dabangi, Ep. 66 | January 29, 2024 | SET | PA0002458056 | February 2, 2024 |
| Dabangi, Ep. 88 | February 28, 2024 | SET | PA0002460330 | February 29, 2024 |
| Dabangi, Ep. 110 | March 29, 2024 | SET | PA0002468759 | April 4, 2024 |
| Dhadkan Zindaggi Kii, Ep. 10 | December 17, 2021 | SET | PA0002337137 | January 4, 2022 |
| Dhadkan Zindaggi Kii, Ep. 36 | January 24, 2022 | SET | PA0002340109 | January 26, 2022 |
| Dhadkan Zindaggi Kii, Ep. 60 | February 23, 2022 | SET | PA0002345046 | February 24, 2022 |
| Dhadkan Zindaggi Kii, Ep. 117 | July 27, 2022 | SET | PA0002368252 | July 28, 2022 |
| Hum Rahe Na Rahe Hum, Ep. 15 | April 28, 2023 | SET | PA0002416209 | May 3, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 36 | May 29, 2023 | SET | PA0002421781 | May 31, 2023 |

| Hum Rahe Na Rahe Hum, Ep. 56 | June 26, 2023 | SET | PA0002426599 | June 29, 2023 |
|---|---|---|---|---|
| Hum Rahe Na Rahe Hum, Ep. 81 | July 31, 2023 | SET | PA0002430270 | August 2, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 103 | August 30, 2023 | SET | PA0002436128 | September 5, 2023 |
| Hum Rahe Na Rahe Hum, Ep. 108 | September 6, 2023 | SET | PA0002440139 | September 21, 2023 |
| India's Got Talent, Ep. 4 | January 24, 2022 | SET | PA0002340105 | January 26, 2022 |
| Indian Idol, Season 13, Ep. 42 | January 29, 2023 | SET | PA0002401202 | February 3, 2023 |
| Indian Idol, Season 13, Ep. 58 | March 26, 2023 | SET | PA0002409094 | March 28, 2023 |
| Indian Idol, Season 14, Ep. 8 | October 29, 2023 | SET | PA0002443590 | November 2, 2023 |
| Indian Idol, Season 14, Ep. 25 | December 30, 2023 | SET | PA0002452711 | January 8, 2024 |
| Jagannath Aur Purvi Ki Dosti Anokhi, Ep. 13 | February 23, 2022 | SET | PA0002345048 | February 24, 2022 |
| Jagannath Aur Purvi Ki Dosti Anokhi, Ep. 36 | March 28, 2022 | SET | PA0002350061 | March 29, 2022 |
| Jagannath Aur Purvi Ki Dosti Anokhi, Ep. 58 | April 27, 2022 | SET | PA0002357045 | May 2, 2022 |
| Jagannath Aur Purvi Ki Dosti Anokhi, Ep. 79 | May 26, 2022 | SET | PA0002360931 | June 1, 2022 |
| Kaamnaa, Ep. 11 | November 29, 2021 | SET | PA0002330746 | November 30, 2021 |
| Kaamnaa, Ep. 25 | December 17, 2021 | SET | PA0002336982 | January 3, 2022 |
| Kaamnaa, Ep. 51 | January 24, 2022 | SET | PA0002340100 | January 26, 2022 |
| Kaamnaa, Ep. 73 | February 23, 2022 | SET | PA0002345054 | February 24, 2022 |
| Kaamnaa, Ep. 96 | March 28, 2022 | SET | PA0002350065 | March 29, 2022 |
| Kaamnaa, Ep. 118 | April 27, 2022 | SET | PA0002357046 | May 2, 2022 |

| Kaamnaa, Ep. 139 | May 26, 2022 | SET | PA0002360943 | June 1, 2022 |
|---|---|---|---|---|
| Kaamnaa, Ep. 161 | June 27, 2022 | SET | PA0002364546 | June 29, 2022 |
| Kaamnaa, Ep. 183 | July 27, 2022 | SET | PA0002368265 | July 28, 2022 |
| Katha Ankahee, Ep. 18 | December 28, 2022 | SET | PA0002395812 | January 9, 2023 |
| Katha Ankahee, Ep. 41 | January 30, 2023 | SET | PA0002401203 | February 3, 2023 |
| Katha Ankahee, Ep. 81 | March 27, 2023 | SET | PA0002409095 | March 28, 2023 |
| Katha Ankahee, Ep. 105 | April 28, 2023 | SET | PA0002415695 | May 3, 2023 |
| Katha Ankahee, Ep. 126 | May 29, 2023 | SET | PA0002421600 | May 31, 2023 |
| Katha Ankahee, Ep. 146 | June 26, 2023 | SET | PA0002426601 | June 29, 2023 |
| Katha Ankahee, Ep. 171 | July 31, 2023 | SET | PA0002430271 | August 2, 2023 |
| Katha Ankahee, Ep. 193 | August 30, 2023 | SET | PA0002436131 | September 5, 2023 |
| Katha Ankahee, Ep. 199 | September 7, 2023 | SET | PA0002440144 | September 21, 2023 |
| Katha Ankahee, Ep. 236 | October 30, 2023 | SET | PA0002443586 | November 2, 2023 |
| Katha Ankahee, Ep. 257 | November 28, 2023 | SET | PA0002448227 | November 30, 2023 |
| Kavya, Ep. 26 | October 30, 2023 | SET | PA0002443543 | November 2, 2023 |
| Kavya, Ep. 47 | November 28, 2023 | SET | PA0002448184 | November 30, 2023 |
| Kavya, Ep. 70 | December 29, 2023 | SET | PA0002452730 | January 8, 2024 |
| Kavya, Ep. 91 | January 29, 2024 | SET | PA0002458062 | February 2, 2024 |
| Kavya, Ep. 113 | February 28, 2024 | SET | PA0002460332 | February 29, 2024 |
| Kavya, Ep. 135 | March 29, 2024 | SET | PA0002467684 | April 4, 2024 |
| Kaun Banega Crorepati, Season 13, Ep. 85 | December 17, 2021 | SET | PA0002337136 | January 3, 2022 |
| Kaun Banega Crorepati, Season 14, Ep. 17 | August 29, 2022 | SET | PA0002373617 | September 2, 2022 |

| | | | | |
|---|---|---|---|---|
| Kaun Banega Crorepati, Season 15, Ep. 17 | September 6, 2023 | SET | PA0002440114 | September 21, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 19 | September 9, 2023 | SET | PA0002440154 | September 21, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 77 | November 28, 2023 | SET | PA0002447517 | November 30, 2023 |
| Kaun Banega Crorepati, Season 15, Ep. 99 | December 28, 2023 | SET | PA0002452725 | January 8, 2024 |
| Kuch Rang Pyaar Ke Aise Bhi-Nayi Kahaani, Ep. 77 | October 26, 2021 | SET | PA0002324876 | October 27, 2021 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 8 | February 28, 2024 | SET | PA0002460333 | February 29, 2024 |
| Kuch Reet Jagat Ki Aisi Hai, Ep. 30 | March 29, 2024 | SET | PA0002468748 | April 4. 2024 |
| Mehndi Wala Ghar, Ep. 5 | January 29, 2024 | SET | PA0002458066 | February 2, 2024 |
| Mehndi Wala Ghar, Ep. 27 | February 28, 2024 | SET | PA0002461256 | February 29, 2024 |
| Mehndi Wala Ghar, Ep. 48 | March 29, 2024 | SET | PA0002468762 | April 4, 2024 |
| Mere Sai, Ep. 989 | October 26, 2021 | SET | PA0002324879 | October 27, 2021 |
| Mere Sai, Ep. 1013 | November 29, 2021 | SET | PA0002330745 | November 30, 2021 |
| Mere Sai, Ep. 1252 | October 28, 2022 | SET | PA0002388798 | November 29, 2022 |
| Mere Sai, Ep. 1273 | November 28, 2022 | SET | PA0002389277 | December 6, 2022 |
| Mere Sai, Ep. 1295 | December 28, 2022 | SET | PA0002395809 | January 9, 2023 |
| Mere Sai, Ep. 1318 | January 30, 2023 | SET | PA0002401204 | February 3, 2023 |
| Mere Sai, Ep. 1358 | March 27, 2023 | SET | PA0002409097 | March 28, 2023 |
| Mose Chhal Kiye Jaaye, Ep. 13 | February 23, 2022 | SET | PA0002345363 | February 24, 2022 |
| Mose Chhal Kiye Jaaye, Ep. 36 | March 28, 2022 | SET | PA0002350066 | March 29, 2022 |
| Mose Chhal Kiye Jaaye, Ep. 58 | April 27, 2022 | SET | PA0002357050 | May 2, 2022 |

| | | | | |
|---|---|---|---|---|
| Mose Chhal Kiye Jaaye, Ep. 79 | May 26, 2022 | SET | PA0002360934 | June 1, 2022 |
| Mose Chhal Kiye Jaaye, Ep. 98 | June 27, 2022 | SET | PA0002364308 | June 29, 2022 |
| Mose Chhal Kiye Jaaye, Ep. 120 | July 27, 2022 | SET | PA0002368261 | July 28, 2022 |
| Punyashlok Ahilyabaii, Ep. 212 | October 26, 2021 | SET | PA0002324864 | October 27, 2021 |
| Punyashlok Ahilyabaii, Ep. 236 | November 29, 2023 | SET | PA0002330985 | November 30, 2023 |
| Punyashlok Ahilyabaii, Ep. 250 | December 17, 2021 | SET | PA0002336979 | January 3, 2022 |
| Punyashlok Ahilyabaii, Ep. 276 | January 24, 2022 | SET | PA0002340104 | January 26, 2022 |
| Punyashlok Ahilyabaii, Ep. 321 | March 28, 2022 | SET | PA0002350067 | March 29, 2022 |
| Punyashlok Ahilyabaii, Ep. 343 | April 27, 2022 | SET | PA0002357049 | May 2, 2022 |
| Punyashlok Ahilyabaii, Ep. 364 | May 26, 2022 | SET | PA0002360932 | June 1, 2022 |
| Punyashlok Ahilyabaii, Ep. 431 | August 29, 2022 | SET | PA0002373618 | September 2, 2022 |
| Punyashlok Ahilyabaii, Ep. 475 | October 28, 2022 | SET | PA0002388797 | November 29, 2022 |
| Punyashlok Ahilyabaii, Ep. 496 | November 28, 2022 | SET | PA0002389279 | December 6, 2022 |
| Punyashlok Ahilyabaii, Ep. 518 | December 28, 2022 | SET | PA0002395091 | January 9, 2023 |
| Punyashlok Ahilyabaii, Ep. 541 | January 30, 2023 | SET | PA0002401205 | February 3, 2023 |
| Punyashlok Ahilyabaii, Ep. 581 | March 27, 2023 | SET | PA0002409098 | March 28, 2023 |
| Punyashlok Ahilyabaii, Ep. 605 | April 28, 2023 | SET | PA0002418960 | May 3, 2023 |
| Punyashlok Ahilyabaii, Ep. 626 | May 29, 2023 | SET | PA0002421593 | May 31, 2023 |
| Punyashlok Ahilyabaii, Ep. 646 | June 26, 2023 | SET | PA0002426603 | June 29, 2023 |

| Punyashlok Ahilyabaii, Ep. 693 | August 30, 2023 | SET | PA0002436134 | September 5, 2023 |
|---|---|---|---|---|
| Sapno Ki Chhalaang, Ep. 15 | April 28, 2023 | SET | PA0002418964 | May 3, 2023 |
| Sapno Ki Chhalaang, Ep. 36 | May 29, 2023 | SET | PA0002420332 | May 31, 2023 |
| Sapno Ki Chhalaang, Ep. 56 | June 26, 2023 | SET | PA0002426606 | June 29, 2023 |
| Sapno Ki Chhalaang, Ep. 81 | July 31, 2023 | SET | PA0002430276 | August 2, 2023 |
| Shrimad Ramayan, Ep. 37 | January 29, 2024 | SET | PA0002458696 | February 7, 2024 |
| Shrimad Ramayan, Ep. 59 | February 28, 2024 | SET | PA0002461442 | February 29, 2024 |
| Shrimad Ramayan, Ep. 82 | March 29, 2024 | SET | PA0002467682 | April 4, 2024 |
| Yashomati Maiyya Ke Nandlala, Ep. 14 | June 27, 2022 | SET | PA0002364321 | June 29, 2022 |
| Yashomati Maiyya Ke Nandlala, Ep. 36 | July 27, 2022 | SET | PA0002368182 | July 28, 2022 |
| Yashomati Maiyya Ke Nandlala, Ep. 59 | August 29, 2022 | SET | PA0002373625 | September 2, 2022 |
| Yashomati Maiyya Ke Nandlala, Ep. 103 | October 28, 2022 | SET | PA0002388794 | November 29, 2022 |
| Yashomati Maiyya Ke Nandlala, Ep. 1124 | November 28, 2022 | SET | PA0002389285 | December 6, 2022 |