UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DISH NETWORK L.L.C., ) No. 2:24-cv-01683
)
    Plaintiff, ) **EXHIBIT 2 TO PLAINTIFF'S**
) **COMPLAINT**
  v. )
)
VIRTUAL SYSTEMS, LLC and )
VYACHESLAV SMYRNOV, )
)
    Defendants. )

**WORKS HAVING EPISODES NOT SUBJECT TO REGISTRATION**

| Work | Channel |
|---|---|
| El Hayah el Yom | Al Hayah 1 |
| Fill In/News | ART Aflam 1 |
| Fill In/News | ART Aflam 2 |
| Fill In/News | ART Cima |
| ATN Business & Finance | ATN Bangla |
| News Hour Xtra | ATN News |
| Flash | B4U Movies |
| Bollywood Minute | B4U Movies |
| Hadret El Omda | CBC |
| Hadret El Omda | CBC Drama |
| El Kebir | Hekayat |
| Maktoub Alaya | Hekayat |
| Arabwood | LBC |
| Aswad | LBCI |

Exhibit 2 to Plaintiff's Complaint      1      Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, Washington 98101
(206) 287-1775

| El Nar Bel Nar | LBCI |
|---|---|
| Al Arbaji | LBCI |
| Laylet Soqot Baghdad | Melody Aflam |
| Fill In/News | Melody Classic |
| Apnar Jiggasha | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran | NTV Bangla |
| Glamour World | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |
| NTV Evening News | NTV Bangla |
| Rater Khabor | NTV Bangla |
| Shashtho Protidin | NTV Bangla |
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Al Rahel | Rotana America |
| Laylat Al Soqooq | Rotana America |
| Maddam Sir | SAB |
| Ghar ek Sapnaa | Sahara One |
| Haunted Nights | Sahara One |
| News Bulletin | Sahara Samay |
| Prime 9 | Sahara Samay |
| Heroine Zindagi Ke Panno Se | SET |
| India's Best Dancer | SET |
| Extraa Shots Special | SET MAX |
| Breaking Ground | Times Now |
| India Upfront | Times Now |
| The Newshour | Times Now |
| The Newshour First | Times Now |
| Times Now Live | Times Now |
| Planet Bollywood News | Zoom |