UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| DISH NETWORK L.L.C., | ) | No. 2:24-cv-01683 |
|---|---|---|
| Plaintiff, | ) ) ) | **EXHIBIT 3 TO PLAINTIFF'S COMPLAINT** |
| v. | ) ) | |
| VIRTUAL SYSTEMS, LLC and VYACHESLAV SMYRNOV, | ) ) ) | |
| Defendants. | ) | |

### PIRATE SERVICES

| Virtual Systems IP Address[1] | URL Domain Name[2] |
|---|---|
| 31.42.184.159 | mtsiptv.com, sharkytv.com |
| 31.42.184.163 | dominoiptv.com |
| 31.42.185.54 | mohdtv.com |
| 31.42.187.33 | pro-ott.com |
| 31.42.187.97 | xviptv.com |
| 31.42.187.100 | viponetv.com |
| 31.42.187.118 | sansat.net |

---

[1] IP addresses correspond with Virtual Systems' servers and network the Pirate Services used to transmit the Works. Such IP addresses were at times masked through the use of services provided by non-party Cloudflare.

[2] URLs correspond with the Pirate Services' transmissions of the Works from Virtual Systems' servers and network. Any domain name incorporated in the URL is identified, along with any STB that was used to access the Works.

Exhibit 3 to Plaintiff's Complaint — 1

Preg O'Donnell & Gillett PLLC
401 Union Street, Suite 1900
Seattle, Washington 98101
(206) 287-1775

| IP | Domain |
|---|---|
| 31.42.187.234 | bestott.net (atlas) |
| 45.11.57.127 | herogayab.net |
| 45.11.58.181 | tektv.co (iptv sam) |
| 45.11.58.199 | procajaiptv.com (dima) |
| 45.12.3.119 | symphonycdn.me (zumm) |
| 45.89.245.65 | ----- (great bee, super arab) |
| 45.89.245.66 | ----- (great bee, super arab) |
| 45.89.245.67 | ----- (great bee, joytv, lool, super arab) |
| 45.89.245.68 | ----- (great bee, joytv, lool, super arab) |
| 45.89.245.69 | ----- (lool, super arab) |
| 45.89.245.71 | ----- (great bee, joytv, super arab) |
| 45.95.235.118 | videoapne.co |
| 62.182.83.71 | vkcdn5.com |
| 62.182.83.91 | l1iptv.xyz; lionboxiptv.xyz |
| 62.182.85.20 | ----- (eagle) |
| 62.182.85.148 | pro-ott.com |
| 62.182.85.153 | itvdom.com |
| 62.182.85.155 | webvps.de |
| 62.182.85.159 | xviptv.com |
| 62.182.86.80 | imlie.net |
| 62.182.86.121 | snipemedia.net (snipe) |
| 79.124.41.28 | ----- (great bee, joytv, super arab) |
| 79.124.41.29 | ----- (great bee, joytv, super arab) |
| 79.124.41.30 | ----- (great bee, joytv, lool) |
| 79.124.41.32 | ----- (lool) |
| 79.124.41.39 | ----- (great bee, joytv, super arab) |
| 91.208.115.151 | rktv-ott.com (dima) |
| 91.208.115.170 | sansat.net |
| 91.235.143.17 | procajaiptv.com (dima) |
| 95.214.232.234 | tptv.cz (iptv sam) |
| 95.214.234.7 | atg100.xyz (atlas) |
| 95.214.234.104 | videoapne.co |
| 95.214.234.243 | ----- (zumm) |

| IP Address | Domain |
|---|---|
| 95.214.235.1 | viponetv.com |
| 95.214.235.96 | wanicelife.com |
| 103.211.101.124 | mmastertv.xyz (atlas) |
| 103.211.101.131 | mmastertv.xyz (atlas), msuperab.xyz (digitalizard) |
| 103.211.101.137 | msuperab.xyz (digitalizard) |
| 103.211.101.166 | msuperab.xyz (digitalizard) |
| 103.211.101.174 | msuperab.xyz (digitalizard) |
| 103.211.101.175 | msuperab.xyz (digitalizard) |
| 152.89.61.127 | sansat.net |
| 152.89.61.130 | tektv.co (iptv sam) |
| 152.89.61.137 | tvsertop.com (atlas) |
| 152.89.61.141 | sansat.net |
| 152.89.61.181 | getmax.cx (woob) |
| 152.89.62.34 | tvlogy.to |
| 152.89.62.76 | wanicelife.com |
| 152.89.63.69 | saturne.one (iptv sam) |
| 152.89.63.177 | procajaiptv.com (dima) |
| 176.119.29.14 | livebypass.com (gogo) |
| 176.119.29.17 | ----- (gogo) |
| 176.119.29.35 | ----- (gogo) |
| 176.119.29.42 | ----- (gogo) |
| 176.119.29.47 | ----- (gogo) |
| 176.119.29.78 | ----- (gogo) |
| 185.66.89.216 | atg100.xyz (atlas) |
| 185.66.90.155 | viponetv.com |
| 185.66.90.205 | xviptv.com |
| 185.66.90.247 | pro-ott.com |
| 185.233.186.33 | 3mlive.com (desi) |
| 185.254.196.8 | netmos.ovh |
| 185.254.196.31 | vkcdn5.com |
| 185.254.197.141 | atg100.xyz (atlas) |
| 185.254.197.149 | atg100.xyz (atlas) |
| 185.254.197.154 | atg100.xyz (atlas) |

| | |
|---|---|
| 185.254.197.156 | atg100.xyz (atlas) |
| 185.254.197.164 | atg100.xyz (atlas) |
| 185.254.197.166 | atg100.xyz (atlas) |
| 185.254.197.221 | mtsiptv.com |
| 185.254.197.223 | dominoiptv.com |
| 185.255.122.88 | 3mlive.com, realtv-hd.com (desi) |
| ----- | driptvs.com |