Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DISH NETWORK L.L.C.,

                     Plaintiff(s),

  v.

VIRTUAL SYSTEMS, LLC and
VYACHESLAV SMYRNOV,

                     Defendant(s).

NO. 2:24-cv-01683-BJR

DECLARATION OF TIMOTHY FRANK IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

I, Timothy Frank, declare as follow:

1.    I am a partner at the law firm Hagan Noll & Boyle LLC, counsel for Plaintiff DISH Network L.L.C. ("DISH"). I am admitted *pro hac vice* in this case. I make this declaration based on my personal knowledge and, if called on to testify, would competently testify as stated herein.

2.    DISH filed a proof of service (Doc. 12) showing Defendant Virtual Systems, LLC ("Virtual Systems") was served in the Commercial Court of Kyiv City, Ukraine on December 17, 2024, pursuant to the Hague Convention, which constitutes proper service under Federal Rule of Civil Procedure 4(f)(1).

3.    DISH filed a proof of service (Doc. 11) showing Defendant Vyacheslav Smyrnov ("Smyrnov") was properly served under Federal Rule of Civil Procedure 4(f)(1) because service

DECLARATION OF TIMOTHY FRANK IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT - 1
10541-0024  6097873
NO. 2:24-cv-01683-GJL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

was effected on him in the Solomyaskyi District Court of Kyiv City, Ukraine on February 6, 2025, in accordance with the Hague Convention.

4. Defendants have neither appeared in this case nor filed an answer or other response to DISH's complaint. Ukraine's Hague Convention Central Authority provided DISH a document that purports to be Defendants' response to DISH's complaint, which DISH filed with this Court as an exhibit to its May 13, 2025 status report (Doc. 13). Defendants did not serve this document on DISH and Defendants did not otherwise communicate to DISH any intent to participate in this case. The document itself is unsigned and does not identify licensed counsel for Virtual Systems. Therefore, DISH advised in its status report that it intended to move for default against Defendants because the document is not a proper response to DISH's complaint. Defendants, despite being served several months ago, have not contacted DISH concerning this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025.

s/ Timothy M. Frank
Timothy M. Frank

DECLARATION OF TIMOTHY FRANK IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT - 2
10541-0024  6097873
NO. 2:24-cv-01683-GJL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2025, I caused copies of this document to be served via CM/ECF to the counsel of record.

          */s/ Gregory S. Latendresse*
          Gregory S. Latendresse, WSBA #32787

DECLARATION OF TIMOTHY FRANK IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT - 3
10541-0024  6097873
NO. 2:24-cv-01683-GJL

**PREG O'DONNELL & GILLETT** PLLC
401 UNION STREET, SUITE 1900
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113